IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JONATHAN LAMAR SIMPSON, #380719 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23cv463 |
| | § | |
| SHERIFF SKINNER, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report") in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 13, 2024, the Report (Dkt. #27) was entered containing proposed findings of fact and recommendations that Defendants Sheriff Skinner, Officer Wolfe, Officer Scott, Officer Oscar, and Lt. Barnett's Motion to Dismiss (Dkt. #18) be granted and Plaintiff's lawsuit be dismissed with prejudice. The Magistrate Judge also recommended that Plaintiff not be given leave to amend and that this dismissal count as a strike pursuant to 28 U.S.C. § 1915(g).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants Sheriff Skinner, Officer Wolfe, Officer Scott, Officer Oscar, and Lt. Barnett's Motion to Dismiss (Dkt. #18) is **GRANTED**. Plaintiff's lawsuit is **DISMISSED WITH PREJUDICE**; this dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

**SIGNED this 14th day of August, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE